**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

AJK VENTURES, LLC,
              Plaintiff,

vs.

JENNIFER HENREY,
DWAYNE PINNOCK *and All Other Occupants*,
              Defendants.

CIVIL ACTION FILE

NO.  1:25-CV-03185-SEG

**J U D G M E N T**

This action having come before the court, Honorable Sarah E. Geraghty, United States District Judge, for consideration, it is

**Ordered and adjudged** that the action be **DISMISSED**  because there is no pleading or other authority for this case to proceed.

Dated at Atlanta, Georgia, this 20th day of May, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/M. Gonzalez
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 20, 2026
Kevin P. Weimer
Clerk of Court

By:  s/M. Gonzalez
     Deputy Clerk